**IN THE UNITED STATES MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**
(Orlando Division)

**Case No.: 6:23-cv-01087**

JOHN LUU,

    Plaintiff,     Removed from Circuit Court
                                      of Brevard County, Florida
v.                                    Case No: 2022-CA-048787

NATIONAL SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant National Specialty Insurance Company, by and through the undersigned counsel, hereby gives notice to the Court that the Parties have reached a settlement agreement. The Parties will file a Stipulation of Dismissal once they have executed a formal Release and Settlement agreement.

Date: August 23, 2024         Respectfully submitted,

                  By:   /s/ *Daniele S. Lentini*_____
                         Daniele S. Lentini (Fla. Bar No. 1025201)
                         Brian P. Henry (Fla. Bar No. 0089069)
                         ROLFES HENRY CO., LPA
                         3165 McCrory Place, Suite 174
                         Orlando, FL 32803
                         Telephone: (407) 284-4990
                         Email:   dlentini@rolfeshenry.com
                                     bhenry@rolfeshenry.com
                                     jamador@rolfeshenry.com
                                     kmcclintock@rolfeshenry.com

*Attorneys for Defendant*
*National Specialty Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been served via e-mail on counsel for all parties at the email addresses below or has been served by automatic service by the Court's e-filing system, on this 23rd day of August 2024:

Stephen Guy, Esq.
KRAPF LEGAL
2790 Sunset Point Rd.
Clearwater, FL  33759
Telephone:   727-777-7450
Email:            stephen.guy@krapflegal.com

*Attorney for Plaintiff*

                                                */s/ Daniele S. Lentini*_____
                                                Daniele S. Lentini (Fla. Bar No. 1025201)